# EXHIBIT C

# EXHIBIT C

| | |
|---|---|
| **ACTION ONE**<br>IN THE COUNTY COURT AT LAW NO. 5<br>DALLAS COUNTY TEXAS | |
| COMPASS ROYALTY MANAGEMENT, LLC<br><br>　　　　Plaintiff<br>　　-v.-<br><br>ALLIANCE ROYALTIES, LLC and<br>ALLIANCE ROYALTIES, INC.<br>　　　　Defendants<br><br>and<br><br>WILLIAM A. BOOTHE, M.D., et al<br>　　Interpleader Defendants and<br>　　Necessary Parties. | CAUSE NO.<br><br>CC-09-02916-B |
| **ACTION TWO**<br>IN THE DISTRICT COURT OF THE VIRGIN ISLANDS<br>DIVISION OF ST. THOMAS AND ST. JOHN | |
| RICHARD VENTO, ET AL<br>　　　　Plaintiffs<br><br>　　-v.-<br><br>DUANE CRITHFIELD, ET AL<br>　　　　Defendants | CIVIL NO.: 2009-174 |
| **ACTION THREE**<br>IN THE DISTRICT COURT OF THE VIRGIN ISLANDS<br>DIVISION OF ST. THOMAS AND ST. JOHN | |
| RICHARD VENTO, ET AL<br><br>　　　　Plaintiffs<br>　　-v.-<br><br>HANDLER, THAYER & DUGGAN, LLC,<br>ET AL | CIVIL NO.: 2009-155 |

| | |
|---|---|
| Defendants | |
| **ACTION FOUR**<br>IN THE DISTRICT COURT OF THE VIRGIN ISLANDS<br>DIVISION OF ST. THOMAS AND ST. JOHN | |
| SILLY POINT, LTD., LBW, LTD.,<br>and MID-OFF, LTD.<br><br>        Plaintiffs<br>   -v.-<br><br>RICHARD VENTO AND LANA VENTO,<br>MINE GVE, LLC, MINE RVE, LLC, ET AL<br><br>        Defendants | CIVIL NO.:<br><br>3:11-CV-00086 |
| **ACTION FIVE**<br>THE EASTERN CARIBBEAN SUPREME COURT<br>IN THE HIGH COURT OF JUSTICE<br>ST. CHRISTOPHER & NEVIS<br>NEVIS CIRCUIT<br>(CIVIL)<br>A.D. 2010 | |
| FIRST FIDELITY TRUST, LTD.<br>(as trustee of the Founders International<br>DV Dynasty Trust, Much Love International<br>Dynasty Trust, LOKI International Dynasty<br>Trust and VITA International Dynasty Trust)<br>ET AL<br>      RESPONDENTS/CLAIMANTS<br><br>   -v.-<br><br>RICHARD VENTO, ET AL<br>      APPLICATIONS/DEFENDANTS | CLAIM NO.:<br><br>NEVHCV 2009/0177 |

| | |
|---|---|
| **ACTION SIX**<br>THE EASTERN CARIBBEAN SUPREME COURT<br>IN THE HIGH COURT OF JUSTICE<br>ANGUILLA CIRCUIT<br>(CIVIL)<br>A.D. 2011 | |
| FIDELITY INSURANCE COMPANY, LTD.<br>    <u>Claimant/Respondent</u><br><br>   -v.-<br><br>DVLP, LLC; RVLP, LLC; GVLP, LLC; NVLP, LLC.<br>    <u>Defendants/Applicants</u> | CLAIM NO.:<br><br>NEVHCV 2009/133 |