# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE: ) | |
| ) | |
| REASSIGNMENT OF PENDING CIVIL AND ) | Misc. No. 2024-41 |
| CRIMINAL CASES TO UNITED STATES ) | |
| MAGISTRATE JUDGE GARY ALAN TEAGUE ) | |

## ORDER

Effective August 26, 2024, the Honorable Gary Alan Teague assumed the duties and responsibilities as Magistrate Judge for the District Court of the Virgin Islands, sitting in the Division of St. Thomas and St. John. Accordingly, it is hereby

**ORDERED** that the Clerk of Court shall promptly reassign all pending cases previously assigned to the Honorable Ruth Miller to the Honorable Gary Alan Teague.

**SO ORDERED.**

DATE: August 26, 2024               /s/ Robert A. Molloy
                                    Robert A. Molloy, Chief Judge
                                    District Court of the Virgin Islands